The facts are deemed sufficient to warrant the jury's conclusion of guilt.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## KING v. STATE.
### No. 23578.

Court of Criminal Appeals of Texas.

Feb. 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is burglary. The penalty assessed is confinement in the state penitentiary for a term of two years.

The indictment appears regular. The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before us without a statement of facts or bills of exception. Therefore, no question is presented for review.

The judgment of the trial court is affirmed.

## KING v. STATE.
### No. 23579.

Court of Criminal Appeals of Texas.

Feb. 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is burglary. The penalty assessed is confinement in the state penitentiary for a term of two years.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which no question has been presented for review.

The judgment of the trial court is affirmed.